SAMUEL GIBSON, COMMISSIONER OF HIGHWAYS, AND MARK B. MILLS, CLERK, OF THE TOWNSHIP OF MACON, v. VICTOR H. LANE, CIRCUIT JUDGE OF LENAWEE COUNTY.

*Highways—Certiorari.*

*Mandamus* will not lie to quash a writ of *certiorari* issued to review the proceedings of a highway commissioner in laying out a private road, there being an adequate remedy by appeal after the rendition of judgment in the circuit court.

*Mandamus.* Order to show cause denied June 13, 1893.

Relators applied for *mandamus* to compel the respondent to quash a writ of *certiorari* allowed by him, and issued from his court, to review the proceedings of relator Gibson, as highway commissioner, in laying out a private road.

*James W. Wightman,* for relator.

PER CURIAM. Order to show cause is denied, for the reason that there is an adequate remedy by appeal after judgment in the circuit court.